UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Al Palacz<br><br><br><br><br>Al Palacz                    Debtor(s)<br><br><br><br>Real Time Resolutions Inc.      Plaintiff(s)<br>and Mortgage Electronic Registration Systems Inc.<br><br>Defendant(s) | ) BK No.:  19-09856<br>)<br>)<br>) Chapter: 13<br>)<br>) Honorable Timothy A. Barnes<br>)<br>)<br>) Adv. No.: 19-00625<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFAULT ORDER

On April 23, 2019, Debtor's filed an adversary complaint requesting a subsequent hearing to value the lien of Real Time Resolutions Inc. and Mortgage Electronic Registration Systems Inc. against the property commonly known 617 Cambridge Drive Schaumburg, IL 60193. The Court finds that service of summons and complains upon the Defendant was proper. Real Time Resolutions Inc. and Mortgage Electronic Registration Systems Inc. having failed to file timely opposition to Debtor's complaint:

IS HEREBY ORDERED:
1) That Defendant, Real Time Resolutions Inc. and Mortgage Electronic Registration Systems Inc., is found in default for its failure to prosecute or otherwise plead pursuant to F. R. Bankr. P. 7055.
2) That the allegations taken in the complaint are taken as confessed against the defendant, Real Time Resolutions Inc. and Mortgage Electronic Registration Systems Inc.

Enter:

_[signature]_ AM
United States Bankruptcy Judge

Dated:  **1 1 JUL 2019**

**Prepared by:**
David H. Cutler, esq.
Attorney for Debtor
Cutler & Associates, Ltd.
4131 Main St.

Rev: 20170105_apo

Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20170105_apo