Form G6  (20170308_apo)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Al Palacz | ) | BK No.:   19-09856 |
| | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |
| Al Palacz | ) | Adv. No.: 19-00625 |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| Real Time Resolutions Inc. | ) | |
| and Mortgage Electronic Registration Systems Inc. | ) | |
| | ) | |
| Defendant(s) | ) | |

**DEFAULT JUDGMENT VALUING CLAIM OF Real Time Resolutions Inc.
and Mortgage Electronic Registration Systems Inc.**

On April 23, 2019, the debtor filed an adversary complaint to value the claim of the defendant secured by a lien against the property commonly known as 617 Cambridge Drive Schaumburg, IL 60193 with real estate tax pin number 07-28-113-027-0000. The defendant has not answered or otherwise pled to the complaint and is in default.

IT IS HEREBY ORDERED that judgment is entered in favor of the debtor and against the defendant as follows:

1.   For purposes of the Chapter 13 plan only, any claims asserted by the defendant stemming from its Mortgage Lien, identified by the last four digits of the account number as 8117 against the property are entirely unsecured pursuant to 11 U.S.C. § 506(a) given the value of the property and the amount of senior liens.

2.   Any timely filed proof of claim of the defendant for the Mortgage Lien will be treated as an unsecured claim in the Chapter 13 plan.

3.   Upon completion of the Chapter 13 plan and and entry of a discharge the defendant's Mortgage Lien will be deemed satisfied pursuant 11 U.S.C. §§ 1322(b)(2), 1327 and 1328(a).

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:   **1 1 JUL 2019**

**Prepared by:**

David H. Cutler, esq.
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600